# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD WAYNE WEST,<br>(DOB: 11-06-1957) | CRIMINAL COMPLAINT<br><br>**08-M-0241**<br><br>CASE NO. _____ |

I, Benjamin R. Hruz, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On May 12, 2008, Edward Wayne West, by intimidation, took from the person or presence of another money belonging to the U.S. Bank on 9921 W. Capital Dr., Milwaukee, in the Eastern District of Wisconsin, a financial institution the deposits of which are insured by the Federal Deposit Insurance Corporation, and in committing such offense, assaulted and put in jeopardy the life of an employee by use of a dangerous weapon, to wit: a semi-automatic handgun.

All in violation of Title 18, United States Code, Section 2113(d).

### COUNT TWO

That on or about May 12, 2008, in the Eastern District of Wisconsin, Edward Wayne West knowingly used and carried a firearm during and in relation to a crime of violence, to wit, Armed Robbery as charged in Count One, and brandished the firearm during the offense.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

Please see the attached affidavit.

Continued on attached sheet and made a part hereof: __X__ Yes  ___ No

_____
BENJAMIN R. HRUZ

Sworn to before me and subscribed
in my presence,

May  29 , 2008
Date

at Milwaukee, Wisconsin
City and State

HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
**Name & Title of Judicial Officer**

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Benjamin R. Hruz, being first duly sworn under oath, on information and belief says that:

1. I am employed as a Special Agent by the Federal Bureau of Investigation and have been so employed for approximately eleven years.

2. I am the lead agent in the investigation of two armed bank/credit union robberies that occurred during May, 2008. The first occurred on May 12, 2008, at the U.S. Bank, 9921 W. Capital Dr., Milwaukee, WI. The second occurred on May 23, 2008, at the Landmark Credit Union, 3600 N. 124th St., Wauwatosa, WI. Both of these financial institutions are located in the Eastern District of Wisconsin. At the time of the robberies, U.S. Bank was insured by the Federal Deposit Insurance Corporation and the Landmark Credit Union was insured by the National Credit Union Administration.

3. This affidavit is based upon my personal knowledge and information reported to me by other federal, state and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon information gained from interviews of citizen witnesses.

### Robbery of the U.S. Bank on 05/12/2008

4. Citizen Witness J.P. reported that she is a teller employed by the above described U.S. Bank. J.P. stated that at the time of the offense, which was approximately 9:14 a.m., she was at her teller window which was next to the victim's teller window. J.P. observed a black male go to the victim's teller window and state words to the effect, "Give me the money." Realizing that a robbery was taking place, J.P. slid down in her chair and also activated an alarm. J.P. observed the suspect was carrying a handgun which she described as a large silver semi-automatic. J.P described the subject as being a black male, 38 to 45 years of age, approximately 6 feet tall and weighing approximately 200 pounds. J.P. further described the subject as being dark complected and having pock marks on his face. The suspect was wearing a bright yellow hooded pullover sweatshirt with the hood over his head.

5. Citizen Witness C.M. reported that she is a teller employed at the above described U.S. Bank. C.M. stated that at the time of the offense, she was at her teller window. C.M. stated that she had just finished up with a customer when a black male approached her teller window and pointed a large silver semi-automatic handgun at her chest stating words to the effect, "Give me the money." The subject repeated this statement multiple times. C.M. removed U.S. currency from her drawer and handed those funds to the subject. The subject took the money while at the same time keeping the gun pointed at C.M. The subject then exited the bank. C.M. described the subject as a black male in his early 40s, approximately 5'10" tall and weighing 160 to 170 pounds. C.M. described the subject's complexion as being aged with wrinkles and being ruddy overall. The subject was wearing a yellow hooded pullover sweatshirt with the hood up.

6. Stolen from U.S. Bank was $2,271 of U.S. currency.

7. I have reviewed photographs taken from the bank's video surveillance system which recorded images during the time of the robbery. The photographs show a person matching the description as provided by the victim and witness. The photographs also show the subject holding a semi-automatic handgun with a silver slide and what appears to be black grips.

### Robbery of the Landmark Credit Union on 05/23/2008

8. Citizen Witness W.G. reported that she is a teller at the above described Landmark Credit Union. W.G. stated that at the time of the offense, which was approximately 12:53 p.m., a black male came up to her teller window and initially set a crumpled piece of paper on the counter and announced, "Hello W." W.G. said "hello" back and then looked up, at which time the subject placed a silver and black semi-automatic handgun on the counter with his finger remaining on the trigger of the gun. The subject then stated words to the effect, "I want all your money from the bottom drawer." Knowing that she was being robbed, W.G. removed U.S. currency from her bottom drawer and handed those funds to the subject. W.G. stated that the money taken from her bottom drawer was strapped. The subject took the money, said, "Thank you," and then left the credit union through the south-facing doors. As soon as the subject exited the credit union, W.G. tuned to the branch manager, C.L. and told her that she had just been robbed. W.G. described the subject as being a black male, approximately 25 to 35 years of age, having a medium complexion with a broad nose and large nostrils. W.G. further stated that the subject was approximately 6' tall and weighed between 190 and 200 pounds. The subject was wearing a light blue hooded sweatshirt. W.G. observed that as the subject left the bank, he pulled the hood of his sweatshirt over his head.

9. Citizen Witness C.L. is the branch manager at the above described Landmark Credit Union. C.L. stated that at the time of the robbery, she was standing behind the row of teller stations. She was approached by teller W.G. who told her that she had just been robbed. C.L. then went outside of the credit union and approached an individual seated in a car. C.L. asked this individual, G.P., if he knew where the subject had gone. G.P. pointed to a silver vehicle which was just exiting the credit union parking lot and going northbound on 124th St.

10. Citizen Witness G.P., reported to law enforcement that at the time period of the robbery, he was seated in his vehicle waiting for his wife to conduct business inside of the credit union. Around this time, G.P. observed an individual exit the credit union while wearing a hooded sweatshirt with the hood pulled tightly around his face. As the subject was walking, G.P. observed him drop a pack of money onto the ground, which the subject then picked up. G.P. noticed that the money the subject picked up had a band around it. G.P. also observed that the subject had a semi-automatic handgun in the waist band of his pants. G.P. observed the subject get into a silver vehicle and drive out of the credit union parking lot. Believing that all of this activity was strange, G.P. observed the license plate of the vehicle that the subject got into and wrote that license plate number down. The license plate number that G.P. wrote down was Wisconsin plate 476MHZ. As the subject left the parking lot in the silver vehicle, a credit union employee came out and asked G.P. where the subject fled, and G.P. told her.

2

11. Stolen from the Landmark Credit Union was $11,100 in U.S. currency.

12. I have reviewed photographs taken from the credit union's video surveillance system which recorded images during the time of the robbery. The photographs show a person matching the description of that provided by the victim and witnesses. The photographs also show a handgun resting on the victim teller's counter during the robbery.

13. Law enforcement ran a Department of Motor Vehicles check on Wisconsin license plate number 476MHZ. The license plate registered to EDWARD W. WEST, a black male, d.o.b. 11/06/1957, with an address of 4557 N. 28th St., Milwaukee, Wisconsin. The vehicle the plate lists to is a 2007 silver four door Chevrolet Malibu.

14. I have reviewed a known Milwaukee County booking photograph of EDWARD WEST d.o.b. 11/06/1957, and the person in the surveillance photographs generally matches WEST's description. I ran a criminal background check on WEST and was able to determine that WEST has two prior bank robbery convictions. Additionally, I determined that WEST is currently on federal supervised release for a bank robbery conviction.

15. A surveillance photograph taken during the Landmark Credit Union robbery mentioned earlier was shown to WEST's current employer. Both the manager and WEST's supervisor identified WEST as being the individual in the photograph.

16. Citizen Witness M.C. was interviewed regarding his knowledge and relationship with WEST. M.C. stated that he has known WEST for approximately six years and that they are best friends. M.C. further stated that he has in the past used illegal drugs with WEST and that he and WEST have gambled at the Potawatomi Casino. A surveillance photograph taken during the U.S. Bank robbery mentioned earlier was shown to M.C. M.C. identified WEST as being the individual in the photograph. M.C. further stated that the handgun seen in the surveillance photograph looked liked the one he had purchased a number of months ago. M.C. stated that WEST was aware of the fact that M.C. had the handgun and that WEST was aware of where M.C. stored the gun. M.C. went back to his house and checked to see if his handgun was where he normally stored it. M.C. stated that his handgun was missing at the present time and he did not know where it was. M.C. described his handgun as being a silver semi-automatic with black hand grips.

17. During the interview, the detective asked M.C. to place a telephone call to WEST. The call was monitored by law enforcement. During the conversation, the detective spoke with WEST. WEST said that he alone was responsible for the robberies and that M.C. was not involved in the robberies. WEST further stated that he took M.C.'s handgun and that M.C. did not know that WEST had it.

18. On 05/27/2008, Citizen Witness W.G., who was present during the above described Landmark Credit Union robbery, viewed a five person suspect lineup which was conducted at the Milwaukee Police Department Police Administration Building, 749 W. State St., Milwaukee, WI.

3

Included in the lineup was WEST. W.G. positively identified WEST, who was in position number three of the lineup, as being the person who robbed her. During that same lineup, Citizen Witness J.P., who was present during the above described U.S. Bank robbery, positively identified WEST as being the person who robbed the bank.

19. On 05/24/2008, WEST was located and arrested in a hotel room located at 7012 W. Appleton Ave., Milwaukee, WI. The room was registered in another person's name. At the time of his arrest, WEST had on his person $1,343 in U.S. currency. Located in the hotel in plain view was additional U.S. currency along with three yellow and white one thousand dollar bank straps that were not wrapped around money. I have seen photographs of these bank straps and have compared them with bank straps that are routinely used by the above-mentioned Landmark Credit Union. The bank straps appear to be the same.

20. Based upon the information provided in this affidavit, I submit that there is probable cause to believe that EDWARD WEST committed the robbery of the U.S. Bank located at 9921 W. Capital Dr., Milwaukee, Wisconsin on May 12, 2008, the deposits of which are insured by the Federal Deposit Insurance Corporation. I further submit that there is probable cause to believe that EDWARD WEST committed the robbery of the Landmark Credit Union located at 3600 N. 124th St., Wauwatosa, WI on May 23, 2008, the deposits of which are insured by the National Credit Union Administration.